IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
05 JUN 13 AM 8:54
OFFICE OF THE CLERK

| | | |
|---|---|---|
| PAUL COSTANZO, | ) | Case Number: 8:04CV99 |
| Plaintiff | ) | |
| | ) | **CONSENT TO EXERCISE** |
| v. | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| CITY OF OMAHA, et al., | ) | **AND** |
| Defendants | ) | **ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| [signature] | For Paul Costanzo | 6/10/05 |
| Thomas O. Mumgaard | For City of Omaha, Donald Carey, Alan Pepin, Martin Conboy, & Bridget Howell | 6-10-05 |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable <u>Thomas D. Thalken</u>, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

June 13, 2005
Date

[signature] William Jay Riley
United States ~~District Judge~~ Circuit Judge, Sitting by Designation

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.